THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| BRET TUCKER FANNING<br>Individually and as the Surviving Spouse and<br>Next of Kin of Shanda Fanning,<br><br>  *Plaintiff*,<br><br>      v.<br><br>Honeywell Aerospace, a division of Honeywell International, Inc., and Honeywell International Inc.<br><br>  *Defendants*. | Case No.: 3:14-cv-01650<br><br>Judge Bernard A. Friedman<br>Magistrate Judge Joe B. Brown |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, to dismiss this matter with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), each party to bear its own costs and attorney's fees.

[*Remainder of Page Intentionally Left Blank*]

Dated: May 31, 2018

| KREINDLER & KREINDLER, LLP | ADLER MURPHY & McQUILLEN LLP |
|---|---|
| /s/ *Daniel O. Rose* | /s/ *Tara Shelke* |
| Daniel O. Rose | Michael G. McQuillen |
| Evan Katin-Borland | Christopher J. Raistrick |
| 750 Third Avenue | Tara Shelke |
| New York, NY 10017 | 20 S. Clark Street, Suite 2500 |
| (212) 687-8181 - phone | Chicago, Illinois 60603 |
| (212) 972-9432 - fax | Phone: (312) 345-0700 |
| drose@kreindler.com | Fax: (312) 345-9860 |
| ekatinborland@kreindler.com | mmcquillen@amm-law.com |
| | craistrick@amm-law.com |
| -and- | tschelke@amm-law.com |
| LANNOM & WILLIAMS, PLLC | -and- |
| B. KEITH WILLIAMS, #16339 | ORTALE, KELLEY, HERBERT & |
| JAMES R. STOCKS, #25850 | CRAWFORD |
| 137 Public Square | |
| Lebanon, TN 37087 | THOMAS CORTS #3486 |
| (615) 444-2900 - phone | 330 Commerce Street, Suite 110 |
| (615) 444-6516 - fax | Nashville, TN 37201 |
| keithwilliams@lannomwilliams.com | (615) 256-9999 – phone |
| jimstocks@lannomwilliams.com | (615) 726-1494 – fax |
| | TCorts@ortalekelley.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants Honeywell International, Inc.* |